IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 07-mj-7039-MEH

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JACEY J. DINNEEN,

    Defendant.

---

**ORDER**

---

The Court finds that, as a matter of fact, the Defendant, Jacey J. Dinneen, was not the driver of the vehicle involved in this charge.

Dated at Denver, Colorado this 7th day of February, 2008.

BY THE COURT:

_____
Michael E. Hegarty
United States Magistrate Judge