# UNITED STATES DISTRICT COURT

## DISTRICT OF COLORADO

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| | (For a Petty Offense) — Short Form |
| v. | CASE NUMBER: 07-mj-07039 |
| | Dale Hendrickson |
| JACEY DINNEEN | (Defendant's Attorney) |

**THE DEFENDANT:** Pleaded guilty to count 1 of the Information.

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following offense:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 18 U.S.C. § 13; C.R.S. § 42-2-136(5) | Permitting the Unlawful Use of a Driver's License | On or About June 16, 2006 | 1 |

Defendant is to pay the special assessment fee of $10 and the fine of $35 today.

## MONETARY OBLIGATIONS

All criminal monetary penalty payments are to be made as directed by the court, the probation officer, or the United States Attorney.

| | Assessment | Fine |
|---|---|---|
| Total: $45 | $10 | $35 |

February 7, 2008
Date of Imposition of Judgment

s/Michael E. Hegarty
Signature of Judicial Officer

Michael E. Hegarty, U.S. Magistrate Judge
Name & Title of Judicial Officer

February 15, 2008
Date